David R. Sugden, Bar No. 218465
dsugden@calljensen.com
Jacqueline Beaumont, Bar No. 253776
jbeaumont@calljensen.com
Samuel G. Brooks, Bar No. 272107
sbrooks@calljensen.com
CALL & JENSEN
A Professional Corporation
610 Newport Center Drive, Suite 700
Newport Beach, CA 92660
Tel: (949) 717-3000
Fax: (949) 717-3100

Attorneys for Plaintiff Power Balance, LLC

**JS-6**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| POWER BALANCE, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>TV PRODUCTS USA, INC., a New York corporation; BIG LOTS STORES, INC., an Ohio corporation; and DOES 1 through 10, Inclusive,<br><br>Defendants. | Case No. SACV 11-125 AG (AJWx)<br><br>**ORDER RE: GRANTING VOLUNTARY DISMISSAL**<br><br>*[Notice of Voluntary Dismissal Filed Concurrently Herewith]*<br><br><br>Complaint Filed: January 21, 2011<br>Trial Date: None Set |

# **ORDER**

Upon reviewing the Notice of Voluntary Dismissal submitted by Plaintiff POWER BALANCE, LLC, filed concurrently herewith and finding good cause based thereon, the court hereby orders that the Complaint and all claims against Defendants TV PRODUCTS, INC., a New York corporation; BIG LOTS STORES, INC., an Ohio corporation; in this matter are hereby dismissed, with prejudice, with each side to bear its own fees and costs.

Dated: May 06, 2011

_____
United States District Judge,
Hon. Andrew J. Guilford