David R. Sugden, Bar No. 218465
dsugden@calljensen.com
Jacqueline Beaumont, Bar No. 253776
jbeaumont@calljensen.com
Samuel G. Brooks, Bar No. 272107
sbrooks@calljensen.com
CALL & JENSEN
A Professional Corporation
610 Newport Center Drive, Suite 700
Newport Beach, CA 92660
Tel: (949) 717-3000
Fax: (949) 717-3100

Attorneys for Plaintiff Power Balance, LLC

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
MAY - 9 2011
CENTRAL DISTRICT OF CALIFORNIA
BY ____ DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| POWER BALANCE, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> TV PRODUCTS USA, INC., a New York corporation; BIG LOTS STORES, INC., an Ohio corporation; and DOES 1 through 10, Inclusive, <br><br> Defendants. | Case No. SACV11-125 AG (AJWx) <br><br> [PROPOSED] ORDER FOR PERMANENT INJUNCTION <br><br><br> Complaint Filed: January 21, 2011 <br> Trial Date: None Set |

///

///

///

The Court has considered the Stipulated Injunction submitted by counsel for Plaintiff Power Balance, LLC, and Defendant TV Products USA, Inc., and by Kishore Samtani (the "Injunction Parties") in the above-entitled action, as set forth above and incorporated herein by reference. For good cause, the Court hereby **GRANTS** the parties' requests and **ORDERS** the Stipulated Injunction to be the Order of the Court.

**WHEREAS** the Injunction Parties agree that Plaintiff has exclusive rights to trademarks and trade dress in its hologram wristbands;

**NOW THEREFORE**, Defendant TV Products USA, Inc., ~~Kishore Samtani~~ and all their officers, agents, servants, employees, and attorneys, and other persons who are in active concert or participation with them, who have actual notice of this Order, are hereby permanently enjoined from:

Advertising, selling, offering for sale, marketing, distributing, ~~selling~~ exposing, shipping, mailing, listing, taking orders for, promoting, buying, ordering, exhibiting, or in any way dealing with or using goods which bear a copy of, or aiding in any way the advertising, selling, offering for sale, marketing, distributing, ~~selling~~ exposing, shipping, mailing, listing, taking orders for, promoting, buying, ordering, exhibiting, or in any way dealing with or using goods that bear marks or trade dress that are confusingly similar to trademarks and trade dress belonging to Plaintiff, including, specifically, (i) a thin, 100% silicone wristband bearing two ovalized shapes on opposite sides of the band, which each contain a circular hologram bearing a stylized "CB" logo within a raised ovalized diamond shape, and also bearing a stylized, capitalized two word phrase ("Core Balance") on the side of the wristband, (ii) any confusingly similar variations of Power Balance's "Oval Mark" (a distinctive logo in the shape of a circular hologram encompassed by an ovalized diamond shape, which is enclosed on either side by raised brackets); (iii) any confusingly similar variations of Power Balance's "Word Mark" (a logo in the form of a distinctive, stylized,

POW04-22:Proposed Order - Stipulated Permanent Injunction.doc:5-9-11   - 2 -

[PROPOSED] ORDER ON STIPULATED PERMANENT INJUNCTION

capitalized, and raised silicone two-word phrase ("Power Balance")); (iv) Power Balance's registered standard character mark, "Power/Balance" or any images of Power Balance products; or (v) any confusingly similar or colorable variations, copies, or versions thereof.

**IT IS SO ORDERED.**

Dated: MAY 9, 2011

_____
United States District Judge,
Hon. Andrew J. Guilford